IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BERZINS ENTERPRISES, INC. a corporation of the State of Delaware, and OCEAN WAY ESTATES HOMEOWNERS ASSOCIATON, | § § § § | No.   122, 2018 |
| | § | |
| | § | Court Below: Court of Chancery |
| Defendant Below, | § | of the State of Delaware |
| Appellant, | § | |
| | § | No. 8769 |
| v. | § | |
| | § | |
| SUSSEX COUNTY, a political subdivision of the State of Delaware, | § § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:   November 14, 2018
Decided: November 21, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 21st day of November 2018, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its order dated September 15, 2017

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice